**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JANE DOE,

        Plaintiff,

vs.

CITY OF LAS VEGAS, *et al.*,

        Defendants.

2:16-cv-01979-GMN-VCF

**ORDER**

The Court has reviewed Plaintiff's *Ex Parte* Motion for Leave to Proceed in Pseudonym (ECF No. 11) filed on September 13, 2016. On September 19, 2016, Defendants made an appearance in this matter. (ECF No. 12).

Plaintiff filed the instant motion as *ex parte* but has not provided the court with any reason to grant the relief on an *ex parte* basis. Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an *ex parte* communication with the court except as specifically permitted by the local rules or the Federal Rules of Civil Procedure. Defendants have appeared and should be given an opportunity to file a response.

Accordingly,

IT IS HEREBY ORDERED that any opposition Plaintiff's *Ex Parte* Motion for Leave to Proceed in Pseudonym (ECF No. 11) must be filed on or before October 6, 2016. Any reply must be filed on or before October 17, 2016.

The Clerk of Court is directed to remove the *ex parte* status on Plaintiff's *Ex Parte* Motion for

///

///

///

///

Leave to Proceed in Pseudonym (ECF No. 11) and email a copy of the instant motion to Defendants.

DATED this 19th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE