# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JANE DOE,

        Plaintiff,

vs.

CITY OF LAS VEGAS, *et al.*,

        Defendants.

2:16-cv-01979-GMN-VCF

**MINUTE ORDER**

Before the Court is the Emergency Motion for Protective Order (ECF No. 25).

IT IS HEREBY ORDERED that any opposition to the Emergency Motion for Protective Order (ECF No. 25) must be filed on or before October 28, 2016.  No reply necessary.

DATED this 21st day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE