**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada State Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, a minor, by and through her natural parent, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LAS VEGAS, a political subdivision of the State of Nevada; ASHLEY FERNANDEZ, individually; CINDY MOYES, individually; and ANDREA ANZALONE, individually; <br><br> Defendants. | CASE NO: 2:16-cv-1979-GMN-VCF <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and Local Rule 7-2, Plaintiff JANE DOE, a minor, by and through her natural parent, and Defendants CITY OF LAS VEGAS, ASHLEY FERNANDEZ, CINDY MOYES, and ANDREA ANZALONE, by and through their counsel of record, hereby stipulate and respectfully request an Order dismissing this action with prejudice, subject only to the terms and conditions of the parties' settlement and release agreement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This Court is respectfully asked to retain jurisdiction to enforce the settlement and release agreement in this action (only if necessary). It is further stipulated and agreed that the parties are to bear their own attorney's fees and costs

DATED this 13th day of April, 2017.

**LAGOMARSINO LAW**

/s/ *ANDRE M. LAGOMARSINO*
_____
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorney for Plaintiff*

DATED this 13th day of April, 2017.

**CITY OF LAS VEGAS**

/s/ *PHILIP R. BYRNES*
_____
PHILIP R. BYRNES, ESQ. (#166)
ELIAS P. GEORGE, ESQ. (#12379)
495 S. Main St., Sixth Floor
Las Vegas, Nevada 89101
Telephone: (702) 229-6629
Facsimile: (702) 386-1749
*Attorneys for Defendants*

*Jane Doe v. City of Las Vegas, et. al.*
2:16-cv-1979-GMN-VCF

### ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL CITY DEFENDANTS

Pursuant to the stipulation of plaintiff and defendants City of Las Vegas, Ashley Fernandez, Cindy Moyes, and Andrea Anzalone (the "City Defendants") under Rule 41(a)(1), City Defendants shall be dismissed with prejudice, and each party shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated this 14 day of April, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT