|   |                                                                                          |
|---|------------------------------------------------------------------------------------------|
|   | **UNITED STATES DISTRICT COURT**                                                         |
|   | **DISTRICT OF NEVADA**                                                                   |

JANE DOE a minor, by and through her natural parent,

        Plaintiff,

vs.

CITY OF LAS VEGAS, a political subdivision of the State of Nevada; ASHLEY FERNANDEZ, individually; CINDY MOYES, individually; and ANDRES ANZALONE, individually,

        Defendants.

Case No.: 2:16-cv-01979-GMN-VCF

**ORDER**

Pending before the Court is the Motion for Disbursement of Blocked Trust Account, (ECF No. 51), filed by Petitioner Catrina James ("Petitioner"). For the reasons discussed below, the Court **GRANTS** Petitioner's Motion.

## I. BACKGROUND

This case was originally filed on August 19, 2016. (Compl., ECF No. 1). On May 16, 2017, Petitioner filed the Motion for Disbursement of Blocked Trust Account, (ECF No. 51). No defendant filed a response, and the deadline to do so has passed.

## II. DISCUSSION

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." D. Nev. R. 7-2(d). Given the defendants' failure to file an opposition, the Court grants the Motion pursuant to Local Rule 7-2(d).

### III. CONCLUSION

**IT IS HEREBY ORDERED** that Petitioner's Motion for Disbursement of Blocked Trust Account, (ECF No. 51), is **GRANTED**.

**DATED** this __10__ day of October, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge