SMITH LEGAL GROUP
**Kurt A. Smith, Esq.**
Nevada Bar No. 10764
1701 N. Green Valley Parkway, Suite 4-C
Henderson, Nevada 89074
Telephone: (702) 410-5001
Facsimile: (702) 410-5005
info@thelegalsmith.com
*Attorneys for Petitioner*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, a minor, by and through her natural parent,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; ASHLEY FERNANDEZ, individually; CINDY MOTES individually; and ANDREA ANZALONE, individually,<br><br>Defendants. | Case No: 2:16-cv-1979-GMN-VCF |

## ORDER FOR TRANSFER OF MANAGEMENT OF SETTLEMENT FUNDS FROM FEDERAL COURT TO THE DISTRICT COURT, GUARDIANSHIP CASE NO. G-18-050359-A, AND FOR RELEASE OF FUNDS TO PAY FOR GUARDIANSHIP CASE ATTORNEY'S FEES AND COSTS

This matter having come ON REGULARLY BEFORE THE ABOVE-ENTITLED Court, upon a Motion from the parent of the Child of this action, the Petitioner herein, the Court being fully advised and good cause appearing therefore,

IT IS HEREBY ORDERED that $2,825.00 be released to apply to the Attorney's Fees and Costs being incurred in establishing the Guardianship for the

1

Child of this action, with such payment to be made to Smith Legal Group, the undersigned counsel.

IT IS FURTHER ORDERED that the remaining funds in the Child's Blocked Account in case number 2:16-cv-1979-GMN-VCF be released to the Jurisdiction of the Eighth Judicial District Court for management under case G-18-05039-A in the Guardianship Division.

IT IS FURTHER ORDERED that this case be closed upon entry of a deposit receipt which shows that the funds were deposited with the Eight Judicial District Court for case G-18-05039-A , as this Court will no longer have authority over the monies or the blocked account, as the minor Child has reached the age of majority.

Respectfully submitted by:

SMITH LEGAL GROUP

*/s/ Kurt A. Smith*
**Kurt A. Smith, Esq.**
Nevada Bar No. 10764
1701 N. Green Valley Pkwy, Suite 4-C
Henderson, Nevada 89074
Telephone: (702) 410-5001
Facsimile: (702) 410-5005
info@thelegalsmith.com
*Attorneys for Petitioner*

DATED this 17 day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT